

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00244-CV

**SIG GROUP ENT. LLC**,
Appellant

v.

**MWJI, LLC**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-21171
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the parties' joint motion to dismiss appeal is GRANTED and this appeal is DISMISSED.

Costs of appeal are assessed against the party that incurred them.

SIGNED September 28, 2016.

_____
Sandee Bryan Marion, Chief Justice